UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-<br>EMPLOYERS HEALTH & SECURITY<br>TRUST, et al., <br><br>  Plaintiff(s), <br><br>vs. <br><br>TOP TO BOTTOM JANITORIAL, INC., <br><br>  Defendant(s). | C07-625RSM<br>MINUTE ORDER |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable Ricardo S. Martinez**, United States District Court Judge. All future documents filed in this case must bear the cause number **C07-625RSM** and bear the Judge's name in the upper right hand corner of the document.

Dated this  12th  day of  June , 2007.
Bruce Rifkin, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas, Deputy Clerk